UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| DWIGHT TERRY, SR., etc., *et al.*, ) | | |
| ) | | |
| Plaintiff, ) | 2:10-cv-1411-RLH-LRL | |
| ) | | |
| vs. ) | | |
| ) | | |
| DYNALECTRIC COMPANY OF ) | O R D E R | |
| NEVADA, etc., *et al.*, ) | | |
| ) | | |
| Defendant, ) | | |
| ) | | |

This matter was submitted to the undersigned Magistrate Judge on a Stipulation (#38) regarding the 2d Early Neutral Evaluation hearing in this case.

The Court having reviewed the Stipulation (#38) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation (#38) requesting that ENE proceedings regarding Plaintiffs' claims against Defendant Dynalectric commence at 11:30 AM is **DENIED**. Counsel for Defendant Dynalectric shall be present at 9:00 AM for these proceedings.

DATED this __15th__ day of March, 2011.

                                            ROBERT J. JOHNSTON
                                            United States Magistrate Judge