MORRIS PETERSON
Robert R. McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 474 9400
Facsimile:   (702) 474-9422

Kate S Gold (*admitted pro hac vice*)
Email: kate.gold@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Ste 1400
Los Angeles, CA 90067
Telephone: (310) 203-4029
Facsimile:   (310) 229-1285

Attorneys for Defendant
Dynalectric Company of Nevada

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT TERRY, SR., an individual; BENFORD HESTER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> DYNALECTRIC COMPANY OF NEVADA, a Nevada corporation; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL #357; FISK ELECTRIC COMPANY, <br><br> Defendants. | CASE NO: 2:10-cv-01411-RLH-LRL <br><br> **STIPULATION TO DISMISS DYNALECTRIC COMPANY OF NEVADA WITH PREJUDICE** <br> AND ORDER |

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Dwight Terry, SR. and Benford Hester and Defendants Dynalectric Company of Nevada ("Dynalectric"), through undersigned counsel, stipulate to the dismissal of this case as against Defendant Dynalectric, with prejudice. Each party to this stipulation will bear its own attorney's fees and costs.

Respectfully submitted by:

/s/ Andrew L. Rempfer
Andrew L. Rempfer
Jamie S. Cogburn
COGBURN LAW OFFICES
9555 S. Eastern Ave., Suite 280
Las Vegas, NV 89123

Attorney for Plaintiffs

/s/ Rex D. Garner
Robert R. McCoy
Rex D. Garner
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Kate S. Gold (*admitted pro hac vice*)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Ste. 1400
Los Angeles, CA 90067

Attorneys for Defendant
Dynalectric Company of Nevada

## ORDER

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice as to any and all claims against Defendant Dynalectric Company of Nevada. All parties shall bear their own attorney's fees and costs.

DATED: April 1, 2011

_Roger L. Hunt_
United States District Judge

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2